dat$^d$ 25° Iuly. 1678. The action being called, and the attachm$^t$ read, m$^r$ Curwin one of the Def$^{ts}$ produced a Letter of Attourny from Samuel Sheafe abovenamed of later date then the plaint$^s$ made to a third person, and thereupon moved for a nonSute; which was granted him by the Court: The plaint. appeal$^d$ from this Judgem$^t$ or Sentence unto the next Court of Assistants & gave Security for the prosecution of his Appeale to Effect.

[ See Purkis v. Winder et al., p. 1002, below, and Records of Court of Assistants, i. 123.]

### Purkis ag$^t$ Winder etc.

George Purkis Substitute of Charles Oughtred Attourny to Samuel Sheafe of London plaint. ag$^t$ the goods or Estate late belonging unto John Winder Merch$^t$ in the hands of John Palmer, who married with Sarah the Relict & adm$^x$ of the Estate of s$^d$ Winder or wheresoever else &c. as above Defend$^{ts}$ according to Attachm$^t$ dat$^d$ 25° Iuly: 1678. Judgem$^t$ & Appeale in all respects as above.

### Green ag$^t$ Jenner

Mary Green Attourny of her husband Nathanael Green of Boston Marrin$^r$ plaint. ag$^t$ Thomas Jenner of Charlestown Marrin$^r$ Defend$^t$ in an action of the case for not paying the Summe of One hundred & Ninety pounds Starling mony of Barbados due unto s$^d$ Green from s$^d$ Thomas Jenner in and by a bond or Obligation under his hand & Seale bearing date. 2$^d$ of October. 1675. &c. w$^{th}$ other due damages. . . . The Jury . . . found for the plaint. One hundred & Ninety pounds Starling mony of Barbados forfiture & costs of Court upon request of the Defend$^t$ the plaint. acknowledging the receipt of Fifty pounds  The Court chancered this [ 517 ] Forfiture unto Fifty Seven pounds New-England money in full of the remainder of the condition of s$^d$ Obligation with all damages, and costs of Court grant$^d$ thirty one shillings 6$^d$  The Court Suspended this Judgement untill the next Court of this County according to law.

### Vsher ag$^t$ Vsher

John Vsher plaint. ag$^t$ Hezekiah Vsher Defend$^t$  The plaint. withdrew his Action.